## STATE v. JOHN TUMLIN.

Court of Common Pleas. Kent. May, 1818.

*Clayton's Notebook, 59.*

*T. Clayton,* for defendant, objected that by 2 Del.Laws 1210 a fine of four dollars before a justice might be imposed for horse-racing on Sunday, from which he said it would appear that this fine was less than that for racing on any other day according to their construction.

[NOTE.] But in fact there is a subsequent Act of Assembly, 3 Del.Laws [230], much stronger than 2 Del.Laws 866, which did not occur either to the Court or counsel at the time.[2]

---

2 At this point the following comment is added in another hand, "This is not true, for it did occur to defendant's counsel; and besides, this is a most lame report of the case."